*A. H. Ward, for appellant.*
*J. S. Boyd, for appellees.*

---

JOHN L. BEYSON *v.* EDWARD ELLS.

Trial—Transfer from Common Law to Equity Docket—Chancellor Takes Place of Jury.

Where a cause is transferred from the common law to the equity docket, the party making the motion must be held to have consented that the chancellor shall take the place of a jury.

APPEAL FROM GREENUP CIRCUIT COURT.

January 25, 1872.

OPINION OF THE COURT BY JUDGE LINDSAY:

This action was transferred to the equity side of the docket

upon the motion of appellant, in order that the contract sued on might be reformed and an alleged mistake corrected.

The answer does not sufficiently charge that there was a mistake in reducing the contract to writing.

The nature of the transaction is almost conclusive evidence that there was no such mistake.

It was error to transfer this cause to equity and thereby deprive the appellee of a trial by a jury. As this error was the result of the appellant's motion he must be held to have consented that the chancellor should take the place of a jury. The preponderance of the testimony is not against his judgment, and we, therefore, do not feel authorized to set it aside. Judgment affirmed.

*Roe, Phister,* for appellant.
*Ireland,* for appellee.